UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cr-19 |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| WOJCIECH OSTROWSKI, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| _____) | |

Material witness Andrzej Ryszard Lewczuk appeared before me with appointed counsel on September 19, 2006. Counsel waived a detention hearing on the record and consented to a reasonable period of detention in light of the fact that the material witness is a Polish national and is subject to pending deportation proceedings. Counsel for the material witness shall file a motion for deposition pursuant to Criminal Rule 15 as soon as possible. The government shall file a status report with the court by the close of business **September 22, 2006**. Accordingly:

IT IS ORDERED that Andrzej Ryszard Lewczuk is hereby DETAINED without bond as a material witness until further order of the court.

DONE AND ORDERED this 19th day of September, 2006.

/s/  Joseph G. Scoville
United States Magistrate Judge